1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )   Case No.: 13-889-R

12                          Plaintiff,  )   ORDER OF DETENTION

13   vs.                                )

14                                       )

15   Ramiro Gil-Guerra, aka "Chato,"    )

                                Defendant. )

16   _____ )

17                                I.

18   A.    (X)   On motion of the Government in a case allegedly involving:

19         1.    ( )    a crime of violence.

20         2.    ( )    an offense with maximum sentence of life imprisonment  or death.

21         3.    ( x)   a narcotics or controlled substance offense with maximum sentence

22                      of ten or more years.

23         4.    ( )    any felony - where defendant convicted of two or more prior offenses

24                      described above.

25         5.    ( )    any felony that is not otherwise a crime of violence that involves a

26                      minor victim, or possession or use of a firearm or destructive device

27                      or any other dangerous weapon, or a failure to register under 18

28                      U.S.C. § 2250.

B.   ( x )   On motion by the Government/( ) on Court's own motion, in a case allegedly involving:

( x )   On the further allegation by the Government of:

    1.   ( x )   a serious risk that the defendant will flee.

    2.   ( )   a serious risk that the defendant will:

        a.   ( )   obstruct or attempt to obstruct justice.

        b.   ( )   threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.   The Government ( x ) is/( ) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II.

A.   (x )   The Court finds that no condition or combination of conditions will reasonably assure:

    1.   (x )   the appearance of the defendant as required.

        ( x     and/or

    2.   x )   the safety of any person or the community.

B.   (x )   The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A.   The nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B.   The weight of evidence against the defendant;

C.   The history and characteristics of the defendant; and

Page 2 of 4

1  D.      The nature and seriousness of the danger to any person or the community.

2

3  **IV.**

4      The Court also has considered all the evidence adduced at the hearing and the

5  arguments and/or statements of counsel, and the Pretrial Services

6  Report/recommendation.

7

8  **V.**

9      The Court bases the foregoing finding(s) on the following:

10  A.    (x )   As to flight risk:

11      Defendant evaded arrest in prior drug related criminal case by failing to contact law

12  enforcement and/or surrender after a search warrant was executed at defendant's residence

13  and defendant's family members were repeatedly contacted by law enforcement agents

14  and informed that an arrest warrant had been issued for defendant. In addition, defendant

15  is facing a mandatory minimum sentence of ten years in the instant case, has family ties

16  to Mexico, prior immigration contacts and an immigration detainer.

17

18  B.    (X )   As to danger:

19      Defendant is charged with conspiracy and possession with intent to distribute a

20  substantial amount of methamphetamine. The allegations in the indictment suggest that

21  defendant held a position of trust within a drug trafficking organization, in that it is

22  alleged that defendant met with a confidential informant and an undercover agent to

23  negotiate the sale of methamphetamine. The court also notes that defendant's prior

24  criminal history involves a federal felony drug conviction for which defendant was

25  sentenced to a term of 48 months in custody in 2008 (United States v. Gil-Guerra, CR 05-

26  99-OWW, Eastern District of California), and a possession of controlled substance

27  conviction in 2012 for which defendant successfully completed a drug diversion program.

28  The instant offense occurred shortly after the 2012 drug diversion program was completed

Page 3 of 4

1  which suggests that defendant continues to pose a danger to the community and to others.

2

3                                                 **VI.**

4  A.    ( )    The Court finds that a serious risk exists the defendant will:

5                1.    ( )    obstruct or attempt to obstruct justice.

6                2.    ( )    attempt to/ ( ) threaten, injure or intimidate a witness or juror.

7  B.    The Court bases the foregoing finding(s) on the following:

8      _____

9      _____

10      _____

11

12                                                **VII.**

13  A.    IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

14  B.    IT IS FURTHER ORDERED that the defendant be committed to the custody of the

15       Attorney General for confinement in a corrections facility separate, to the extent

16       practicable, from persons awaiting or serving sentences or being held in custody

17       pending appeal.

18  C.    IT IS FURTHER ORDERED that the defendant be afforded reasonable opportunity

19       for private consultation with counsel.

20  D.    IT IS FURTHER ORDERED that, on order of a Court of the United States or on

21       request of any attorney for the Government, the person in charge of the corrections

22       facility in which defendant is confined deliver the defendant to a United States

23       marshal for the purpose of an appearance in connection with a court proceeding.

24

25

26  DATED:    4/21/14    _____

27                                          ALKA SAGAR
                                         UNITED STATES MAGISTRATE JUDGE

28